# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>VICTOR PEREZ-QUIROZ,<br><br>             Defendant. | 2:16-cr-00093-GMN-VCF<br><br>**ORDER** |

Before the Court is Defendant Victor Perez-Quiroz's motion to substitute counsel (ECF No. 56).

IT IS HEREBY ORDERED that a hearing on Defendant Victor Perez-Quiroz's motion to substitute counsel (ECF No. 56) is scheduled for 2:00 p.m., June 9, 2016, in courtroom 3D.

The U.S. Marshal is directed to transport defendant to and from the hearing.

DATED this 25th day of May, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE