# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

THE UNITED STATES OF AMERICA,

    Plaintiff,

vs.

VICTOR PERE-QUIROZ,

    Defendant.

2:16-cr-00093-GMN-VCF

**ORDER**

Before the court is Defendant's Motion to Suppress (ECF No. 59).

IT IS HEREBY ORDERED that any opposition to Defendant's Motion to Suppress must be filed on or before noon, June 21, 2016.  Any reply in support of the motion must be filed on or before noon, June 24, 2016.

IT IS FURTHER ORDERED that an evidentiary hearing on Defendant's Motion to Suppress (ECF No. 59) is scheduled for 10:00 a.m., June 27, 2016, in courtroom 3C.

DATED this 14th day of June, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE