# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

VICTOR PERE-QUIROZ,

           Defendant.

2:16-cr-00093-GMN-VCF

**ORDER**

Before the court is Defendant's Motion to Suppress (ECF NO. 59).

In Defendant's reply in support of the motion to suppress (ECF NO. 67), Defendant states that no evidentiary hearing is required because the State and the Defendant have no disagreement as to the facts in this case.

An evidentiary hearing will not be held on Defendant's Motion to Suppress, rather, oral arguments will be heard.

Accordingly,

IT IS HEREBY ORDERED that a hearing on Defendant's Motion to Suppress (ECF NO. 59) is scheduled for July 20, 2016 at 10:00 a.m., in courtroom 3D.

DATED this 6th day of July, 2016.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE