# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:16-cr-0093-GMN-VCF |
| vs. ) | |
| ) | **ORDER** |
| VICTOR PERE-QUIROZ, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pending before the Court is the Report and Recommendation of United States Magistrate Judge Cam Ferenbach (ECF No. 70), which states that Defendant Victor Pere-Quiroz's Motion to Suppress (ECF No. 59) should be granted.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id.* The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed.

Accordingly,

1 **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 70) is
2 **ACCEPTED and ADOPTED in full**.

3 **IT IS FURTHER ORDERED** that Defendant's Motion to Suppress (ECF No. 59) is
4 **GRANTED**.

5 **IT IS FURTHER ORDERED** that all statements after investigator Teresa Laurian said
6 "[h]e invoked" are hereby **SUPPRESSED**.

7 **DATED** this 17 day of August, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court